# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARTIN E. COOPER, III**                                                    **PLAINTIFF**

**VS.**                                       **3:09-CV-00006-WRW**

**THOMAS MARTIN, et al.**                                             **DEFENDANTS**

## ORDER

Defendants' unopposed Motion to Stay Case During Interlocutory Appeal (Doc. No. 25) is GRANTED. The parties should notify the Court once the Eighth Circuit Court of Appeals has issued a ruling.

IT IS SO ORDERED this 12th day of January, 2010.

                                                                        /s/ Wm. R. Wilson, Jr._____
                                                                        UNITED STATES DISTRICT JUDGE