## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MARTIN E. COOPER, III**  **PLAINTIFF**

**v.**  **3:09CV00006-BRW**

**THOMAS MARTIN, Individually**
**and in Official Capacity as Investigator,**  **DEFENDANTS**
*et. al.*

### ORDER

In accordance with the instructions of the Eighth Circuit, Defendants' Motion for Summary Judgment (Doc. No. 12) is GRANTED.

IT IS SO ORDERED this 14th day of March, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE