IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARTIN E. COOPER, III**                                                                 **PLAINTIFF**

**v.**                                       **3:09CV00006-BRW**

**THOMAS MARTIN, Individually**
**and in Official Capacity as Investigator,**                              **DEFENDANTS**
*et. al.*

## JUDGMENT

Consistent with the Order that was entered today, it is considered ORDERED and ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED and this case is dismissed in its entirety.

IT IS SO ADJUDGED this 14th day of March, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1